UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN DABISH,

    Plaintiff,
v.                                    Case No. 14-13878

FATINA DABISH, et al.,                HON. TERRENCE G. BERG
                                           HON. ELIZABETH A. STAFFORD

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 24)**

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's March 31, 2015 Report and Recommendation (Dkt. 24), which recommends that: Plaintiff's motion to remand (Dkt. 5) be DENIED; Defendants Fatina and Nasseer Dabish be dismissed under Fed. R. Civ. P 21; Plaintiff's motions for default judgment (Dkts. 11, 12, 13, 14, 15) be DENIED; Defendant JP Morgan Chase Bank, N.A.'s motion to dismiss (Dkt. 3) be GRANTED; and Plaintiff's motion for summary judgment (Dkt. 20) be DENIED.

The Court has reviewed the Magistrate Judge's Report and Recommendation, and finds that it is well-reasoned and reaches the correct result. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the

report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept Magistrate Judge Stafford's Report and Recommendation of March 31, 2015, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Report and Recommendation of March 31, 2015 (Dkt. 24) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's motion to remand (Dkt. 5) is **DENIED**; Defendants Fatina and Nasseer Dabish are dismissed under Fed. R. Civ. P 21; Plaintiff's motions for default judgment (Dkts. 11, 12, 13, 14, 15) are **DENIED**; Defendant JP Morgan Chase Bank, N.A.'s motion to dismiss (Dkt. 3) is **GRANTED**; and Plaintiff's motion for summary judgment (Dkt. 20) is **DENIED**. Judgment will be entered in favor of Defendants, and against Plaintiff.

**SO ORDERED.**

Dated: April 21, 2015                         s/Terrence G. Berg
                                              TERRENCE G. BERG
                                              UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on April 21, 2015, using the CM/ECF system, which will send notification to all parties, and was served upon unrepresented parties via ordinary mail.

                                              s/A. Chubb
                                              Case Manager